UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNETH WILLIAMS,

       Plaintiff,

v.                                                     Case No:   2:16-cv-239-FtM-38MRM

ACCELERATED LEARNING
SOLUTIONS, INC. and
COMMUNITY EDUCATION
PARTNERS, INC.,

       Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on the parties' Motion Requesting a Magistrate Judge Settlement Conference. (Doc. 38). The parties express that a settlement conference would be beneficial in resolving this case. The Court agrees and grants their request.

Accordingly, it is now

**ORDERED:**

(1) The parties' Motion Requesting a Magistrate Judge Settlement Conference (Doc. 38) is **GRANTED**.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) This matter is **REFERRED** to the Honorable Carol Mirando to conduct a settlement conference and issue any order deemed appropriate thereafter.

(3) The parties are **DIRECTED** to contact Judge Mirando's Courtroom Deputy Clerk, Wendy Winkel, at 239-461-2008 to arrange for a mutually agreeable time to participate in the settlement conference.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of July 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:	The Honorable Carol Mirando, United States Magistrate Judge
	All Parties of Record